HAYNES BOONE

November 10, 2026

***Via ECF***

Judge John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

The conference scheduled November 19, 2026, is adjourned *sine die*. By November 25, 2026, the parties shall submit a joint status letter advising the Court regarding the status of mediation. The Clerk of Court is respectfully directed to close Dkt. 14.

SO ORDERED.
November 12, 2026

JOHN P. CRONAN
United States District Judge

Re: Mt. Hawley Insurance Company v. Regiment, LLC
1:26-cv-05244-JPC

Dear Judge Cronan,

This law firm represents defendant Regiment, LLC ("Regiment") in this lawsuit. Regiment and Mt. Hawley Insurance Company ("Mt. Hawley") recently underwent mediation on November 6, 2026 in an effort to resolve this matter without the need for further litigation. Currently, there is a pending mediator's proposal that remains open through Friday, November 20, 2026. As a result, the Parties jointly request that the Court extend the date of the pretrial conference and all accompanying deadlines by two weeks to allow the parties sufficient time to respond to the mediator's proposal and prepare any pretrial materials thereafter, if necessary.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Leslie C. Thorne*
Leslie C. Thorne
State Bar No. 5339254
leslie.thorne@haynesboone.com
HAYNES AND BOONE, LLP
30 Rockefeller Plaza
22nd Floor
New York, NY 10112
Telephone: (212) 835-4848

Natalie DuBose
Texas State Bar No. 24077481
natalie.dubose@haynesboone.com
Reese Letourneau
Texas State Bar No. 24137622

*/s/ Greg K. Winslett (w/ permission)*
Matthew Kraus (MK0621)
mkraus@chartwelllaw.com
CHARTWELL LAW
One Battery Park Plaza, Suite 710
New York, NY 10004
Tel. (212) 968-2300

Greg K. Winslett
gwinslett@qslwm.com
QUILLING SELANDER LOWNDS
WINSLETT & MOSER, PC
2200 Ross Avenue, Suite 2400
Dallas, TX 75201
Tel. (214) 871-2100

HAYNES BOONE

reese.letourneau@haynesboone.com
HAYNES AND BOONE, LLP
2801 N. Harwood Street, Suite 2300
Dallas, Texas 75201
Telephone: (214) 651-5000

**ATTORNEYS FOR DEFENDANT AND COUNTER-PLAINTIFF REGIMENT, LLC**

**ATTORNEYS FOR PLAINTIFF MT. HAWLEY INSURANCE COMPANY**